IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01843-PAB-MJW

JONATHAN FLORES,

    Plaintiff,

v.

GLOBAL CREDIT & COLLECTION CORPORATION, a Delaware Corporation,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on the Motion to Enter Money Judgment for Damages as Paid and Satisfied [Docket No. 27] filed by defendant Global Credit and Collection Corporation ("Global"). Judgment entered in this case on October 22, 2010 [Docket No. 21].

    In its motion, Global asserts that it has tendered payment to plaintiff's counsel in the sum of $1,100.00. Docket No. 27 at 1. Global claims that, because this tender satisfies the final judgment, it is entitled to relief from judgment pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure. Global argues that, even though the issue of attorney's fees has yet to be resolved, the Court may grant Global relief from judgment because the determination of attorney's fees is a collateral matter.

    On August 4, 2011, the Court issued an Order awarding plaintiff attorney's fees in the amount of $7,800.00. Docket No. 30 at 3. On August 18, 2011, plaintiff filed a Notice of Satisfaction of Judgment [Docket No. 31]. Plaintiff notified the Court that he

received payment from Global in the sum of $9,323.00 in satisfaction of the judgment ($1,100.00) and the award of attorney's fees ($7,800.00).  In light of the foregoing, defendant's motion is now moot.

Accordingly, it is

**ORDERED** that the Motion to Enter Money Judgment for Damages as Paid and Satisfied [Docket No. 27] is **DENIED** as moot.


DATED November 29, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge